v.

**UNITED STATES POSTAL SERVICE, Respondent.**

No. 05–3067.

United States Court of Appeals, Federal Circuit.

DECIDED: March 11, 2005.

**IMPRESA CONSTRUZIONI GEOM. DOMENICO GARUFI, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 04–5143.

United States Court of Appeals, Federal Circuit.

DECIDED: March 11, 2005.

### *ORDER*

Impresa Construzioni Geom. Domenico Garufi moves without opposition to volun-

tarily dismiss its appeal of the judgment of the United States Court of Federal Claims in *Impresa Construzioni v. United States,* 61 Fed.Cl. 175 (Fed.Cl.2004).

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The unopposed motion to dismiss is granted.

(2) Each side shall bear its own costs.

(1) The unopposed motion to dismiss is granted.

(2) Each side shall bear its own costs.